APR 30 2014

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARMANDO CHAVEZ-TAPIA,<br><br>          Defendant. | CASE NO. 14-cr-00323-MMA<br><br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

          8:1326(a) - Removed Alien Found in the United States (Felony)(1)

_____

_____

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/30/14

Jan M. Adler
U.S. Magistrate Judge